UST-31, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHILDRESS, ANTHONY SCOTT | ) | Case No. 09-17600-PHX RJH |
| CHILDRESS, WENDY ALLISON | ) | PETITION TO PAY DIVIDEND |
| Debtor(s). | ) | IN AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

DALE D ULRICH, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 3 | Gilbert Emergency Medicine<br>PO Box 808<br>Winfield, WV 25213 | $0.70 |
| 4 | Gilbert Emergency Medicine<br>PO Box 808<br>Winfield, WV 25213 | $0.32 |
| 5 | TSYS DEBT MGMT, INC<br><br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | $3.65 |
| 9 | Ashley Funding Services LLC<br>PO BOX 10587<br>Greenville, SC 29603-0587 | $0.45 |
| 10 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $4.40 |
| 13 | PALISADES COLLECTIONS LLC<br><br>P.O. Box 19249<br>Sugar Land, TX 77496 | $3.32 |
| 18 | Qwest Corporation<br>1801 California St Rm 900<br>Attn: Bankruptcy<br>Denver, CO 80202 | $1.58 |
| 25 | BANNER HEALTH<br>PO BOX 18<br>PHOENIX, AZ 85001-9932 | $4.89 |
| | TOTAL | $19.31 |

| | |
|---|---|
| February 21, 2011 | /s/ DALE D ULRICH |
| DATE | DALE D ULRICH, TRUSTEE |